IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LYMON BELL,

    Petitioner,

v.	4:13cv342-WS/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.

### ORDER DENYING PETITIONER'S PETITION
### FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed February 8, 2016. <u>See</u> Doc. 24. The magistrate judge recommends that Lymon Bell's petition for writ of habeas corpus be DENIED. Bell has filed objections, with exhibits (docs. 27 & 28), to the magistrate judge's report and recommendation.

Upon review of the record in light of Bell's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 24) is adopted and incorporated by reference in this order of the court.

2. Bell's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Lymon Bell's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this   19th   day of   May  , 2016.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE