UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LYMON D. BELL,

    Petitioner,

v.                                                         4:130cv342–WS/HTC

RICKY D. DIXON,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 40) docketed August 11, 2022. The magistrate judge recommends that the court deny Petitioner's Rule 60(b) motion (ECF No. 39) for relief from this court's 2016 order and judgment denying his § 2254 petition for writ of habeas corpus. The magistrate determined that Petitioner's motion was an unauthorized successive habeas petition and was, in any event, untimely. Petitioner has filed objections (ECF No. 41) to the report and recommendation, which have been considered by the undersigned.

Like the magistrate judge, the undersigned finds that Petitioner's motion is due to be denied. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 40) is ADOPTED and incorporated into this order by reference.

2. Petitioner's Rule 60(b) motion (ECF No. 39) for relief from judgment is DENIED.

DONE AND ORDERED this   16th   day of   August  , 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE